

# United States District Court
# Eastern District of California

| Wendy Greene, | Case Number: 2:23-cv-00082-WBS-DMC |
|---|---|

Plaintiff(s)

V.

California Dep't of Corrs. & Rehabilitation et al.

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Clyde Rastetter** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff, Wendy Greene

On **06/04/2021** (date), I was admitted to practice and presently in good standing in the **Appellate Division of the Supreme Court of the State of New York, Second Department** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: **07/26/2023**     Signature of Applicant: /s/ **Clyde Rastetter**

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Clyde Rastetter |
| Law Firm Name: | Kopke Christiana & Rastetter LLP |
| Address: | 199 Cook Street, Suite 308 |
| City: | Brooklyn   State: NY   Zip: 11206 |
| Phone Number w/Area Code: | (917) 451-9525 |
| City and State of Residence: | Brooklyn, NY |
| Primary E-mail Address: | clyde@kcrllp.com |
| Secondary E-mail Address: | clyde@kcrllp.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Andrew Kopke |
| Law Firm Name: | Kopke Christiana & Rastetter LLP |
| Address: | 199 Cook Street, Suite 308 |
| City: | Brooklyn   State: NY   Zip: 11221 |
| Phone Number w/Area Code: | (917) 451-9525 |
| Bar #: | 340036 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 27, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE