Clyde M. Rastetter, NY SBN 5836184
Kopke Christiana & Rastetter LLP
199 Cook Street, Suite 308
Brooklyn, NY 11206
t/f: (917) 451-9525
clyde@kcrllp.com

*Attorneys for Plaintiff*
*Wendy Greene*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wendy Greene, <br><br> Plaintiff, <br><br> vs. <br><br> California Department of Corrections and Rehabilitation, *et al.,* <br><br> Defendants. | Case No. 2:23-cv-00082-WBS-DMC <br><br> **Order Granting Plaintiff's Motion to Extend Time to Serve Defendants Davy and Hauser** |

FOR GOOD CAUSE SHOWN, the time for Plaintiff to serve defendants Davy and Hauser is extended to: **Friday, October 13, 2023.**

Dated: August 17, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 1 -