IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WENDY GREENE,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>　　　　　　　　　　　　Defendants. | Case No. 2:23-cv-00082-WBS-DMC<br><br>**ORDER GRANTING STIPULATED REQUEST TO MODIFY SCHEDULING ORDER** |

　　　Plaintiff Wendy Greene and Defendants California Department of Corrections and Rehabilitation, M. Woodruff, B. Rice, E. Hall, J. Flores, M. Knedler, M. Kelly, B. Kibler, L. Ochoa, J. Yocius, R. Chandler, M. Zarate, and S. Kelly (CDCR Defendants) filed a stipulated request to modify the scheduling order.  Upon due consideration and good cause appearing, the Court **GRANTS** the parties' request and modifies the scheduling order as follows:

　　　1.　　Fact discovery shall be so conducted as to be completed by **May 17, 2024**.

　　　2.　　The parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) by no later than **June 18, 2024**.  With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before **July 18, 2024**.

1

3. Expert discovery shall be conducted so as to be completed by **August 16, 2024**.

4. All motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be filed on or before **September 18, 2024**. All motions shall be noticed for the next available hearing date. Counsel are cautioned to refer to the local rules regarding the requirements for noticing and opposing such motions on the court's regularly scheduled law and motion calendar.

5. The Pretrial Conference is reset for **December 16, 2024 at 1:30 p.m.** in Courtroom 5 (WBS).

6. The Jury Trial is reset for **February 25, 2025 at 9:00 a.m**. in Courtroom 5 (WBS).

**IT IS SO ORDERED.**

Dated: November 14, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE