**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WENDY GREENE,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　　　　　Defendants. | Case No. 2:23-cv-00082-WBS-DMC<br><br>**ORDER GRANTING STIPULATED REQUEST TO EXTEND RESPONSE AND REPLY DEADLINES** |

On December 8, 2023, Defendants California Department of Corrections and Rehabilitation, et al., filed a Rule 12(c) Motion for Judgment on the Pleadings. ECF No. 31. Thereafter, Plaintiff and Defendants filed a stipulated request to extend Plaintiff's Response and Defendants' Reply deadlines by seven (7) days to accommodate the upcoming holidays. Upon consideration of the parties' request and good cause appearing, the Court **GRANTS** the parties' request and modifies the briefing schedule as follows:

1. Plaintiff's Response to Defendants' motion will be due on December 29, 2023.
2. Defendants' Reply will be due on January 8, 2024.

L-R 230(c)-(d).

IT IS SO ORDERED.

Dated: December 21, 2023

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE