**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

WENDY GREENE,

          Plaintiff,

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND
REHABILITATION et al.,

          Defendants.

Case No. 2:23-cv-00082-WBS-DMC

**ORDER GRANTING SECOND STIPULATED REQUEST TO MODIFY SCHEDULING ORDER**

Plaintiff Wendy Greene ("Plaintiff") and Defendants California Department of Corrections and Rehabilitation, M. Woodruff, B. Rice, E. Hall, J. Flores, M. Knedler, M. Kelly, B. Kibler, L. Ochoa, J. Yocius, R. Chandler, M. Zarate, and S. Kelly ("CDCR Defendants") filed a stipulated second request to modify the scheduling order. Upon due consideration and good cause appearing, the Court **GRANTS** the parties' request and modifies the scheduling order as follows:

1. Fact discovery shall be conducted so as to be completed by **September 20, 2024.**

2. The parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) by no later than **October 23, 2024.** With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before **November 22, 2024.**

1    3.   Expert discovery shall be conducted so as to be
2    completed by **December 20, 2024.**
3    4.   All motions, except motions for continuances,
4    temporary restraining orders, or other emergency
5    applications, shall be filed on or before **January 24, 2025.**
6    All motions shall be noticed for the next available hearing
7    date. Counsel are cautioned to refer to the local rules
8    regarding the requirements for noticing and opposing such
9    motions on the court's regularly scheduled law and motion
10   calendar.
11   5.   The pretrial conference is reset for **April 21,**
12   **2025 at 1:30 p.m.** in Courtroom 5 (WBS).
13   6.   The jury trial is reset for **June 24, 2025 at**
14   **9:00 a.m.**
15   **IT IS SO ORDERED.**
16
17   Dated:  April 9, 2024
18                                 WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE