**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
David A. Melton, SBN 176340
Francesca C. Torres, SBN 347674
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
dmelton@porterscott.com
ftorres@porterscott.com

Attorneys for Defendants
AMBER DAVY, R.N., KRISTINA OLIVER, L.V.N., and VICTORIA HAUSER, R.N.

## UNITED STATES DISTRICT COURT

### EASTERN DIVISION

| | |
|---|---|
| Wendy Greene, individually, and in her capacity as successor in interest to the Estate of Michael Hastey,<br><br>　　　　　　　Plaintiff.<br><br>　　vs.<br><br>California Department of Corrections and Rehabilitation; Warden Brian Kibler; Captain M. Knedler; Lieutenant J. Flores (Badge No. 65593); Lieutenant R. Chandler (Badge No. 66633); Sergeant S. Kelly (Badge No. 70341); Officer J. Yocius (Badge No. 91380); Officer M. Kelly (Badge No. 95350); Officer M. Zarate (Badge No. 95866); Officer M. Woodruff (Badge No. 96693); Officer E. Hall (Badge No. 90595); Officer L. Ochoa (Badge No. 91368); RN B. Rice; RN A. Davy; RN V. Hauser;  LVN K. Oliver; Does 1-35,<br><br>　　　　　　　Defendants. | **CASE NO:   2:23-CV-00082-WBS-DMC**<br><br>**STIPULATION TO SET ASIDE DEFAULT AS TO DEFENDANTS AMBER DAVY, R.N., KRISTINA OLIVER, L.V.N., AND VICTORIA HAUSER, R.N. AND ORDER** |

　　　　Plaintiff WENDY GREENE, through her attorneys of record, and defendants AMBER DAVY, R.N., KRISTINA OLIVER, L.V.N., and VICTORIA HAUSER, R.N. ("defendants"), through their attorneys of record, agree and stipulate as follows:

　　　　1.　　Plaintiff agrees to set-aside the default entered against defendants on or about December 14, 2023. *See* ECF No. 35.

2. In exchange for setting aside default defendants agree to pay plaintiff's attorney's fees and costs to prepare the defaults—this amount is $4,690.

3. Defendants also agree to forego any preliminary motion practice and not re-depose plaintiff or her family members.

4. Defendants will file an Answer to the Complaint within ten (10) days after the entry of this Order.

Dated: April 25, 2024                KOPKE CHRISTIANA & RASTETTER LLP

By  /s/
    Clyde Rastetter
    Attorneys for Plaintiff WENDY GREENE,
    Individually, and in her capacity as
    Successor in Interest to the Estate of
    Michael Hastey

Dated: April 29, 2025                PORTER SCOTT
                                     A PROFESSIONAL CORPORATION

By  /s/
    David A. Melton
    Attorneys for Defendants
    AMBER DAVY, R.N., KRISTINA
    OLIVER, L.V.N., and VICTORIA
    HAUSER, R.N.

//
//
//
//
//
//

{02806326.DOCX}                          2

**STIPULATION TO SET ASIDE DEFAULT AS TO DEFENDANTS AMBER DAVY, R.N., KRISTINA OLIVER, L.V.N., AND VICTORIA HAUSER, R.N. AND ORDER**

**ORDER**

Having reviewed the preceding Stipulation, IT IS HEREBY ORDERED that the defaults are set aside and defendants AMBER DAVY, R.N., KRISTINA OLIVER, L.V.N., and VICTORIA HAUSER, R.N. shall file an Answer to the Complaint within ten (10) days after the entry of this order.

Dated: April 29, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE