**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WENDY GREENE,<br><br>              Plaintiff,<br><br>     vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION et al.,<br><br>              Defendants. | Case No.<br><br>2:23-cv-00082-WBS-DMC<br><br>**ORDER GRANTING THIRD STIPULATED REQUEST TO MODIFY SCHEDULING ORDER** |

Plaintiff Wendy Greene ("Plaintiff"), Defendants California Department of Corrections and Rehabilitation, M. Woodruff, B. Rice, E. Hall, J. Flores, M. Knedler, M. Kelly, B. Kibler, L. Ochoa, J. Yocius, R. Chandler, M. Zarate, and S. Kelly ("CDCR Defendants"), and Defendants A. Davy, V. Hauser, and K. Oliver filed a third stipulated request to modify the scheduling order. Upon due consideration and good cause appearing, the Court **GRANTS**

/////

the parties' request and modifies the scheduling order as follows:

1. Fact discovery shall be conducted so as to be completed by **December 19, 2024.**

2. The parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) by no later than **January 21, 2025.** With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before **February 20, 2025.**

3. Expert discovery shall be conducted so as to be completed by **March 20, 2025.**

4. All motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be filed on or before **April 24, 2025.** All motions shall be noticed for the next available hearing date. Counsel are cautioned to refer to the local rules regarding the requirements for noticing and opposing such motions on the court's regularly scheduled law and motion calendar.

5. The pretrial conference is reset for **July 14, 2025 at 1:30 p.m.** in Courtroom 5 (WBS).

6. The jury trial is reset for **September 23, 2025 at 9:00 a.m.**

**IT IS SO ORDERED.**

DATED: August 12, 2024.

CHIEF UNITED STATES DISTRICT JUDGE