IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY GREENE, individually and in her capacity as successor-in-interest to the Estate of Michael Hastey, | No. 2:23-CV-0082-WBS-DMC |
| Plaintiff, | ORDER |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Pending before the Court is Plaintiff's motion to compel, see ECF No. 48, which has been set for hearing before the undersigned on August 28, 2024, see ECF No. 49 (minute order).[1]

Pursuant to Eastern District of California Local Rule 251(b), a motion to compel "shall not be heard" unless the parties have met and conferred and set forth their differences in a joint statement. Pursuant to Eastern District of California Local Rule 251(a), the hearing on a motion to compel may be dropped from the calendar without prejudice if the joint statement is not

---

[1] The Court sua sponte advanced the hearing to August 28, 2024, from October 30, 2024, to comply with the then-existing schedule imposed by the District Judge requiring that non-expert discovery be completed, including hearing of any motions to compel and compliance with any orders thereon, by September 20, 2024. Subsequently, the District Judge approved the parties' stipulated to modify the schedule to allow for completion of non-expert discovery by December 19, 2024. See ECF No. 53.

filed "at least fourteen (14) days before the scheduled hearing date."  Here, the hearing is scheduled for August 28, 2024.  The joint statement was due no later than August14, 2024, and, to date, has not been filed.  Therefore, pursuant to the Court's local rules, the hearing will be vacated, and the motion terminated as a pending motion without prejudice.

        Accordingly, IT IS HEREBY ORDERED as follows:

    1.    The hearing set in this matter for August 28, 2024, at 10:00 a.m., before the undersigned is VACATED.

    2.    The Clerk of the Court is directed to TERMINATE Plaintiff's motion to compel, ECF No. 48, as a pending motions, such termination to be without prejudice to refiling.

Dated:  August 16, 2024

                          DENNIS M. COTA
                          UNITED STATES MAGISTRATE JUDGE