IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WENDY GREENE,** | Case No. 2:23-cv-00082-WBS-DMC |
| Plaintiff, | **ORDER GRANTING STIPULATION TO CONTINUE MOTION TO COMPEL HEARING** |
| v. | |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,** | |
| Defendants. | |

   Plaintiff Wendy Greene ("Plaintiff") and Defendants California Department of Corrections and Rehabilitation, S. Kelly, M. Woodruff, B. Rice, E. Hall, J. Flores, M. Knedler, M. Kelly, B. Kibler, L. Ochoa, J. Yocius, R. Chandler, and M. Zarate (collectively, "Defendants") filed a stipulated request to continue the motion to compel hearing currently set for October 30, 2024, at 10:00 a.m. Upon due consideration and good cause appearing, the Court **GRANTS** the parties' request and continues the motion to compel hearing to December 4, 2024, at 9:00 a.m., via Zoom.

/ / /

/ / /

/ / /

/ / /

1       The parties' Joint Statement Regarding Discovery Disagreement shall be filed on or before November 20, 2024.

      IT IS SO ORDERED.

Dated:  October 23, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE