IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WENDY GREENE,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>　　　　　　　　　　　　Defendants. | Case No. 2:23-cv-00082-WBS-DMC<br><br>**ORDER GRANTING STIPULATION TO CONTINUE BRIEFING SCHEDULE AND MOTION HEARING ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT** |

The parties stipulate to continue the briefing schedule and motion hearing on Plaintiff's motion for leave to file an amended complaint. Upon due consideration and good cause appearing, the Court **GRANTS** the stipulation as follows:

/ / /

/ / /

/ / /

1

1. Defendants' oppositions to Plaintiff's motion for leave to amend the complaint, if any, must be filed on or before **February 6, 2025**.

2. Plaintiff's reply brief, if any, must be filed on or before **February 17, 2025**.

3. The motion hearing is **CONTINUED** to **March 17, 2025, at 1:30 p.m.** in Courtroom 5 before the Honorable William B. Shubb.

**IT IS SO ORDERED**.

Dated: January 13, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

Order Granting Stipulation to Continue Briefing Schedule & Mot. Hearing on Pl.'s Mot. Leave Amend Compl.
(2:23-cv-00082-WBS-DMC)