# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wendy Greene, | Case No. 2:23-cv-00082-WBS-DMC |
| Plaintiff, | **ORDER GRANTING STIPULATED REQUEST TO MODIFY THE EXPERT DISCLOSURE DEADLINES** |
| vs. | |
| California Department of Corrections and Rehabilitation, *et al.,* | |
| Defendants. | |

On March 5, 2025, Plaintiff Greene and Defendants California Department of Corrections and Rehabilitation, S. Kelly, Woodruff, Rice, Hall, Flores, Knedler, M. Kelly, Kibler, Ochoa, Yocius, Chandler, Zarate, Davy, Oliver, and Hauser filed a stipulated request to modify the expert disclosure deadlines. Upon due consideration and good cause appearing, the Court **GRANTS** the parties' request and modifies the scheduling order as follows:

1. Experts and expert reports must be disclosed by **June 20, 2025**;
2. Rebuttal experts must be disclosed by **July 21, 2025**;
3. Expert discovery must be completed by **August 20, 2025**;
4. All motions, except motions for continuances, temporary restraining orders, or other emergency applications, must be filed by **September 19, 2025**;
5. The pretrial conference will be held on **December 15, 2025, 1:30 p.m.**;
6. The jury trial will begin on **March 17, 2026, 9:00 a.m**.

**IT IS SO ORDERED.**

Dated: March 7, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE