UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| WENDY GREENE, individually, and in her capacity as successor in interest to the Estate of Michael Hastey,<br><br>        Plaintiff,<br><br>   v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; Warden BRIAN KIBLER; Captain M. KNEDLER; Lieutenant J. FLORES (Badge No. 65593); Lieutenant R. CHANDLER (Badge No. 66633); Sergeant S. KELLY (Badge No. 70341); Officer J. YOCIUS (Badge No. 91380); Officer M. KELLY (Badge No. 95350); Officer M. ZARATE (Badge No. 95866); Officer M. WOODRUFF (Badge No. 96693); Officer E. HALL (Badge No. 90595); Officer L. OCHOA (Badge No. 91368); RN B. RICE; RN A. DAVY; RN V. HAUSER; LVN K. OLIVER; and DOES 1-35, inclusive,<br><br>        Defendants. | No. 2:23-cv-82 WBS DMC<br><br>ORDER RE: PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT |

----oo0oo----

1

1         The court finds that plaintiff's request to file her
2    First Amended Complaint (Docket No. 65-1) is made in good faith
3    and without undue delay under the circumstances.  The only
4    potential prejudice to defendants from granting plaintiff's
5    request to file such complaint at this stage would be the
6    possible necessity to take further depositions from the witnesses
7    who have already been deposed.  To remedy any such prejudice, the
8    court will allow defendants to re-depose at plaintiff's expense
9    any of plaintiff's witnesses whom they had previously deposed.
10         IT IS THEREFORE ORDERED that plaintiff's motion for
11   leave to amend the complaint (Docket No. 65) be, and the same
12   hereby is, GRANTED, upon the condition that at the request of
13   counsel for defendants' counsel for plaintiff shall make
14   available for further deposition at plaintiff's expense any of
15   plaintiff's witnesses whose depositions have already been taken
16   in this action.  Plaintiff is directed to file her first amended
17   complaint (Docket No. 65-1) within 5 days of the issuance of this
18   Order.

19   Dated:  March 18, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE