IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WENDY GREENE,**<br><br>                                    Plaintiff,<br><br>             v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>                                    Defendants. | Case No. 2:23-cv-00082-WBS-DMC<br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

The parties filed a stipulated motion for an extension of time for all Defendants to file a responsive pleading. Upon due consideration, and good cause appearing, the Court **GRANTS** the parties' stipulated motion. All Defendants must file a responsive pleading no later than 21 days after the newly named Defendants in Plaintiff's First Amended Complaint have been served with the First Amended Complaint.

**IT IS SO ORDERED**.

Dated:  April 4, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1