# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

Wendy Greene,

    Plaintiff,

vs.

California Department of Corrections and Rehabilitation, *et al.*,

    Defendants.

Case No. 2:23-cv-00082-WBS-DMC

**ORDER GRANTING STIPULATED REQUEST TO MODIFY SCHEDULING ORDER**

On April 22, 2025, the parties filed a stipulated request to modify the scheduling order. Upon due consideration and good cause appearing, the Court **GRANTS** the parties' request and modifies the scheduling order as follows:

1. Fact discovery must be completed by **November 19, 2025**;
2. Experts and expert reports must be disclosed by **December 19, 2025**;
3. Rebuttal experts must be disclosed by **January 21, 2026**;
4. Expert discovery must be completed by **February 20, 2026**;
5. All motions, except motions for continuances, temporary restraining orders, or other emergency applications, must be filed by **March 19, 2026**;
6. The pretrial conference will be held on **June 15, 2026, 1:30 p.m.**;
7. The jury trial will begin on **September 22, 2026, 9:00 a.m.**

**IT IS SO ORDERED.**

Dated: April 23, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE