# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY GREENE, individually and in her capacity as successor-in-interest to the Estate of Michael Hastey,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　Defendants. | No.  2:23-CV-0082-WBS-DMC<br><br>ORDER |

　　　　Plaintiff, who is proceeding with retained counsel, brings this civil action. Pending before the Court is Plaintiff's motion for an extension of time to July 18, 2025, to file a response to Defendants' motion for a protective order, currently set for hearing before the undersigned on July 9, 2025, at 10:00 a.m., in Redding, California. See ECF No. 93. Defendants have filed a statement of non-opposition to Plaintiff's motion for an extension of time. See ECF No. 94. Good cause appearing therefor, Plaintiff's unopposed motion will be granted. The Court will vacate the July 9, 2025, hearing and re-set the matter.

/ / /

/ / /

/ / /

1

Also pending before the Court is Plaintiff's motion for reconsideration of the Court's March 12, 2025, order denying Plaintiff's motion to compel. See ECF No. 74. Defendants have filed an opposition, see ECF No. 78, and Plaintiff has filed a reply, see ECF No. 81. Because both motions relate to the scope of discovery in this case, the Court will by this order set Plaintiff's motion for reconsideration for hearing concurrent with Plaintiff's motion for a protective order.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's unopposed motion for an extension of time, ECF No. 93, is granted.

2. Plaintiff's response to Defendants' motion for a protective order is due on or before July 18, 2025.

3. Defendants' optional reply brief is due on or before July 25, 2025.

4. The hearing set for July 9, 2025, at 10:00 a.m., is vacated and the matter is re-set for a hearing on August 4, 2025, at 10:00 a.m., before the undersigned via Zoom on the following motions:

    a. Plaintiff's motion for reconsideration, ECF No. 74, and

    b. Defendants' motion for a protective order, ECF No. 92.

Dated: June 17, 2025

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE