**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Wendy Greene, | Case No. 2:23-cv-00082-WBS-DMC |
| Plaintiff, | **ORDER GRANTING THE PARTIES'** |
| vs. | **STIPULATED REQUEST TO MODIFY** |
| | **THE SCHEDULING ORDER** |
| California Department of Corrections and Rehabilitation, *et al.,* | |
| Defendants. | |

On March 5, 2026, the parties filed a stipulated request to modify the scheduling order. Upon due consideration and good cause appearing, the Court GRANTS the request and modifies the scheduling order as follows:

1. Fact discovery shall be completed by **November 20, 2026**;

2. Experts and expert reports shall be disclosed by **December 18, 2026**;

3. Rebuttal experts shall be disclosed by **January 22, 2027**;

4. Expert discovery shall be completed by **February 26, 2027**;

1

5.	All motions, except motions for continuances, temporary restraining orders, or other emergency applications shall be filed by **March 26, 2027**;

6.	The pretrial conference is set for **June 28, 2027 at 1:30 pm**;

7.	The jury trial is set for **August 24, 2027 at 9:00 am**.

IT IS SO ORDERED.

Dated:  March 5, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2