Andrew J. Kopke, SBN 340036
KOPKE CHRISTIANA & RASTETTER LLP
199 Cook Street, Suite 308
Brooklyn, NY 11206
andrew@kcrllp.com
(917) 451-9525

*Attorney for Plaintiff*
*Wendy Greene*

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wendy Greene,<br><br>    Plaintiff,<br><br>  vs.<br><br>California Department of Corrections and Rehabilitation, *et al.,*<br><br>    Defendants. | Case No. 2:23-cv-00082-WBS-DMC<br><br>**STIPULATION AND ORDER TO EXCEED THE PRESUMPTIVE LIMIT OF TEN DEPOSITIONS**<br><br>Judge: Magistrate Judge Dennis M. Cota<br>Trial Date: August 24, 2027<br>Action Filed: January 13, 2023 |

Pursuant to Federal Rule of Civil Procedure 30(a)(2)(A)(i) and Local Rule 143, the parties submit this stipulation and proposed order authorizing Plaintiff to exceed the presumptive limit of ten depositions.

## STIPULATION

1. Federal Rule of Civil Procedure 30(a)(2)(A)(i) presumptively limits each side to ten depositions absent a written stipulation of the parties or leave of court.

2. This is a complex civil rights action arising from the in-custody death of Michael Hastey and involving more than thirty individual defendants.

3. Given the number of defendants and witnesses with relevant information, to adequately develop the factual record, it is necessary for Plaintiff to exceed the presumptive limit of ten depositions.

1

4. The parties agree that, at this time, there is good cause for Plaintiff to take up to twenty depositions.

5. Therefore, the parties respectfully request that the Court issue the attached order authorizing Plaintiff to take up to twenty depositions.

6. This stipulation does not alter any deadline in the operative scheduling order. Nor does it deprive any party of the right to object to any individual deposition on other grounds.

IT IS SO STIPULATED.

Date:   June 11, 2026                        By:   */s/ Andrew Kopke*
                                                   Andrew Kopke
                                                   Attorney for Plaintiff


Date:   June 11, 2026                        By:   */s/ Jacqueline Kallberg*
                                                   Jacqueline Kallberg
                                                   Jennifer Burns
                                                   Deputy Attorneys General
                                                   Attorneys for Defendants
                                                   Woodruff, Wiser, Mejia, Rice, Davis,
                                                   Phillips, Hall, Flores, Knedler, M.
                                                   Kelly, Kibler, Webb, Perkins, Ochoa,
                                                   Witchel, Alomari, Cochrane, Alkire,
                                                   Yocius, Chandler, Duty, King,
                                                   Zarate, S. Kelly, Bates, Price, Masi,
                                                   Zollinger, and California Department
                                                   of Corrections and Rehabilitation


Date:   June 11, 2026                        By:   */s/ Cruz Rocha*
                                                   Cruz Rocha
                                                   Attorney for Defendants
                                                   Davy, Hauser, and Oliver

2

### **ORDER**

Pursuant to the parties' stipulation, Plaintiff may take up to twenty depositions in this matter without further order of the Court.

IT IS SO ORDERED.

Dated:  June 15, 2026



_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE