**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Wendy Greene,<br><br>Plaintiff,<br><br>vs.<br><br>California Department of Corrections and Rehabilitation, *et al.,*<br><br>Defendants. | Case No. 2:23-cv-00082-WBS-ICD<br><br>**ORDER GRANTING THE PARTIES' STIPULATED REQUEST TO DISMISS DEFENDANT CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION AND TO MODIFY THE SCHEDULING ORDER**<br><br>Judge: Honorable William B. Shubb<br>Trial Date: August 24, 2027<br>Action Filed: January 13, 2023 |

The parties have filed a stipulated request to dismiss Defendant California Department of Corrections and Rehabilitation ("CDCR") and to modify the scheduling order. Upon due consideration and good cause appearing, the Court GRANTS the request and ORDERS as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(2) and the parties' stipulation, Defendant CDCR is DISMISSED without prejudice to re-filing in state court, with Plaintiff and CDCR each bearing their own attorney's fees and costs. The dismissal applies to CDCR only and does not affect any claim against any other Defendant. The Clerk is ORDERED to terminate CDCR from the docket.
2. Paragraphs 6 and 7 of the stipulation are incorporated into this Order. This Order does not affect Plaintiff's pending request for reconsideration (ECF No. 114).

3. The scheduling order (ECF No. 110) is modified as follows:

   1. Fact discovery shall be completed by March 22, 2027;
   2. Experts and expert reports shall be disclosed by April 19, 2027;
   3. Rebuttal experts shall be disclosed by May 24, 2027;
   4. Expert discovery shall be completed by June 28, 2027;
   5. All motions, except motions for continuances, temporary restraining orders, or other emergency applications shall be filed by July 26, 2027;
   6. The pretrial conference is set for November 1, 2027 at 1:30 p.m.;
   7. The jury trial is set for January 11, 2028 at 9:00 a.m.

IT IS SO ORDERED.

Dated: September 21, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE